**Peggy Sue AVERY, Relator,**

v.

**FARMSTEAD FOODS/SEABOARD CORPORATION and The Hartford, Respondents,**

and

**Special Compensation Fund.**

### No. C4–00–412.

Supreme Court of Minnesota.

June 19, 2000.

Donaldson V. Lawhead, Austin, for relator.

Michael D. Miller, Nancy Evelyn Lamo, McCollum, Crowley, Vehanen, Moschet & Miller, Ltd., Bloomington, for respondents.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed February 7, 2000,